**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 149 MM 2018
:
Respondent    :
:
:
:
v.    :
:
:
:
MICHAEL T. DURDEN,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.